IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH A. HINTON,<br>1422 Massachusetts Avenue, SE<br>Washington, DC 20003,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>COMPUCREDIT CORPORATION,<br>5 Concourse Parkway, Ste. 400<br>Atlanta, GA 30328,<br><br>　　　　　　　Defendant. | §<br>§<br>§<br>§  DOCKET NO.: _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND TO PLAINTIFF:**

PLEASE TAKE NOTICE that DEFENDANT COMPUCREDIT CORPORATION ("CompuCredit"), by and through its undersigned counsel, DUANE MORRIS LLP, hereby files its Notice of Removal under 28 U.S.C. § 1441 to effect removal of this matter which was commenced in the Superior Court of the District of Columbia, and designated Civil Action No. 08 CA 004725 B. CompuCredit states that removal is proper for the following reasons:

1.　　On or about June 30, 2008, Plaintiffs filed this action in the Superior Court of the District of Columbia, under Civil Action No. 2008 CA 004725 B. CompuCredit first received the Summons and Complaint on September 10, 2008, and thirty days have not yet passed since first receiving notice.

2.　　The court has removal jurisdiction under 28 U.S.C. § 1441, because the subject matter of the action is within the original jurisdiction of the district court pursuant to 28 U.S.C. §§ 1332(a) and 1367. The parties are of diverse citizenship, as the Plaintiff is (and was at the time of the filing of the Complaint) a citizen of the State of Virginia or the District of Columbia,

and CompuCredit is incorporated under the laws of and has its principal place of business in the State of Georgia.

3. The total amount in controversy on Plaintiff's claim, exclusive of interest and costs, is in excess of $75,000.00.

4. In accordance with 28 U.S.C. § 1446(a), attached hereto is a true and correct copy of all pleadings, processes, and orders filed in the Superior Court of the District of Columbia, under Civil Action No. 2008 CA 004725 B.

5. A copy of this Notice of Removal is being served on all parties of record by mailing, United States first-class, postage prepaid, a true and correct copy thereof to their attorneys of record or to unrepresented parties, and a copy of the original Notice of Removal was filed with the Clerk of the Superior Court of the District of Columbia, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant CompuCredit prays that this civil action be removed to this Court from the Superior Court of the District of Columbia.

                    Respectfully Submitted,

                    **DUANE MORRIS LLP**

                    By: _[signature]_
                    Joseph S. Ferretti
                    505 9th Street, N.W., Suite 1000
                    Washington, DC 20004-2166
                    P: 202.776.7863
                    F: 202.478.2811
                    jsferretti@duanemorris.com

Dated: September 30, 2008                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the __30th__ of day of September, 2008 a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, on:

> Kenneth A. Hinton
> 1422 Massachusetts Avenue, SE
> Washington, DC 20003
>
> Kenneth A. Hinton
> 2200 Wilson Blvd.
> Suite 102-004
> Arlington, VA 22201
>
> *Pro Se*

Joseph S. Ferretti