IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| KENNETH A. HINTON, § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No.: 2008 CA 004725 B |
| § | Calendar 5 – Judge Combs Greene |
| COMPUCREDIT CORPORATION, § | Next Event: Initial Scheduling Conf. |
| § | 10/10/08 at 9:00 a.m. |
| Defendant. § | |
| § | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA AND TO PLAINTIFF:

PLEASE TAKE NOTICE that Defendant CompuCredit Corporation has filed its Notice of Removal to the United States District Court for the District of Columbia. Attached hereto and marked as Exhibit "A" is a true and correct copy of the Notice of Removal.

Respectfully Submitted,

**DUANE MORRIS LLP**

By: /s/ Joseph S. Ferretti
Joseph S. Ferretti
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
P: 202.776.7863
F: 202.478.2811
jsferretti@duanemorris.com

Dated: September 30, 2008                Attorneys for Defendant

DM1\1404821.2

## CERTIFICATE OF SERVICE

I hereby certify that on the __30th__ of day of September, 2008 a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, on:

>Kenneth A. Hinton
>1422 Massachusetts Avenue, SE
>Washington, DC 20003
>
>Kenneth A. Hinton
>2200 Wilson Blvd.
>Suite 102-004
>Arlington, VA 22201
>
>*Pro Se*

>>__/s/ Joseph S. Ferretti__
>>Joseph S. Ferretti