11/17/2008 12:03   301-918-8937                 SAFEWAY                              PAGE 02/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH A. HINTON,<br>1422 Massachusetts Avenue, SE<br>Washington, DC 20003,<br><br>    Plaintiffs,<br>v.<br><br>COMPUCREDIT CORPORATION,<br>5 Concourse Parkway, Ste. 400<br>Atlanta, GA 30328,<br><br>    Defendant. | § § § § § § § § § § § § § §   DOCKET NO.: 1:08-cv-01675-RWR |

IT IS HEREBY STIPULATED between the parties that the matter should be ordered dismissed by the Court pursuant to Federal Rule of Civil Procedure 41(a)(1), without costs.

DUANE MORRIS LLP

_____        _____
By:   Joseph Ferretti                                Kenneth A. Hinton, Pro Se
Attorneys for Defendant

### ORDER

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1) that this matter should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice, and without costs.

IT IS SO ORDERED:

_____

DM1\1441383.1

## CERTIFICATE OF SERVICE

I hereby certify that on the __17th__ of day of November, 2008 a copy of the foregoing Stipulation of Dismissal was served via first-class mail, postage prepaid, on:

>Kenneth A. Hinton
>1422 Massachusetts Avenue, SE
>Washington, DC 20003
>
>Kenneth A. Hinton
>2200 Wilson Blvd.
>Suite 102-004
>Arlington, VA 22201
>
>*Pro Se*

/s/
Joseph S. Ferretti