11/17/2008  12:03    301-918-8937                SAFEWAY                              PAGE  02/04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH A. HINTON,<br>1422 Massachusetts Avenue, SE<br>Washington, DC 20003,<br><br>      Plaintiffs,<br>  v.<br><br>COMPUCREDIT CORPORATION,<br>5 Concourse Parkway, Ste. 400<br>Atlanta, GA 30328,<br><br>      Defendant. | DOCKET NO.: 1:08-cv-01675-RWR |

IT IS HEREBY STIPULATED between the parties that the matter should be ordered dismissed by the Court pursuant to Federal Rule of Civil Procedure 41(a)(1), without costs.

DUANE MORRIS LLP

By: _____
  Joseph Ferretti
Attorneys for Defendant

_____
Kenneth A. Hinton, Pro Se

### ORDER

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a)(1) that this matter should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice, and without costs.

IT IS SO ORDERED:

_____ 11/19/08

DM1\1441383.1